**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 371 MAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 372 MAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 373 MAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |

| | | |
|---|---|---|
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 374 MAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |

| | | |
|---|---|---|
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 375 MAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |

| | | |
|---|---|---|
| BOARD OF SUPERVISORS OF WILLISTOWN TOWNSHIP, | : | No. 376 MAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 29th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.